UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATES's PROPOSED JURY INSTRUCTIONS**
**Trial Date: July 1, 2019**

NOW INTO COURT, through the United States Attorney and undersigned counsel, comes the United States of America, which requests the following jury instructions:

**A.   General Instructions:**

Fifth Circuit Pattern Jury Instructions, 2015 Thomson Reuters Edition

   Nos.   1.01
          1.03
          1.04
          1.05
          1.06
          1.07 Alternative B
          1.08
          1.10 (if applicable)
          1.11 (if the defendant testifies)
          1.12 (if applicable)
          1.17
          1.18
          1.19
          1.20
          1.24
          1.30 (if applicable)
          1.31

    1.37
    1.39
    1.40
    1.41
    1.43

**B.**   **<u>Substantive Offense Instructions:</u>**

Fifth Circuit Pattern Jury Instructions, 2015 Thomson Reuters Edition

No. 2.43D - Possession of a Firearm by a Convicted Felon - 18 U.S.C. § 922(g)(1).

The Government respectfully requests the opportunity to file additional instructions should they become necessary.

         Respectfully submitted,

         DAVID C. JOSEPH
         UNITED STATES ATTORNEY

     BY: */s/ Jessica D. Cassidy*
        JESSICA D. CASSIDY, LA Bar No. 34477
        CYTHERIA D. JERNIGAN, MA Bar No. 657960
        Assistant United States Attorneys
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101
        (318) 676-3600
        (318) 676-3663 (fax)