UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATE's NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G): EXPERT WITNESS**

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which gives notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 regarding expert witnesses:

1.

Federal Rule of Evidence 702 provides that:

A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

(b) the testimony is based on sufficient facts or data;

(c) the testimony is the product of reliable principles and methods; and

(d) the expert has reliably applied the principles and methods to the facts of the case.

2.

If no stipulation is reached between the Government and the Defendant, then the Government will call Monroe Police Department Detective Christopher Turner as an expert witness in its case-in-chief. If called to testify, his trial testimony would encompass the following:

a. Det. Turner's background, training, and experience;

b. Methodologies and procedures used by Det. Turner to analyze the relevant fingerprints; and

c. An explanation of Det. Turner's findings regarding the fingerprint analysis.

He will testify regarding fingerprint comparison of the Defendant's prior felony conviction following his arrest on or about June 8, 1989, to the arrest occurring on July 12, 2018, to establish that Defendant associated with the prior felony conviction, in this case Armed Robbery, is the same defendant arrested for the instant offense. By letter dated April 1, 2019, defense counsel was provided with a copy of the results of the fingerprint analysis performed by Det. Turner. In addition, his curriculum vitae has recently been provided to defense counsel.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

BY:  /s/ Jessica D. Cassidy
JESSICA D. CASSIDY, LA Bar No. 34477
CYTHERIA D. JERNIGAN, MA Bar No. 657960
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)