UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATES' OPPOSITION TO MOTION TO CONTINUE TRIAL**

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which gives opposes the Motion to Continue Trial filed by the Defendant, Derrick Curry, for the reasons that follows:

1.

On June 10 and 13, 2019, the Government learned of statements made by the Defendant at the time of his arrest. The Government issued a letter notifying defense counsel of those statements on June 14, 2019.

2.

Today, on June 17, 2019, the Defendant filed a Motion to Continue Trial. [Rec. Doc. 38]. As his sole basis for his request to continue trial, the Defendant stated that he intends to seek suppression of the statements. The Defendant filed a Motion to Suppress in addition to the Motion to Continue Trial. [Rec. Doc. 37].

3.

In an Opposition to the Motion to Suppress, the Government advised that it will not seek to introduce the Defendant's statements in its case-in-chief. [Rec. Doc.

39]. The Government will only seek to introduce the statements as impeachment evidence should the Defendant testify at trial.

3.

Therefore, and because the Government will not use the statements in its case-in-chief, the Government opposes the request for a continuance of trial.

WHEREFORE, the Government respectfully requests the Motion to Continue Trial be denied.

    Respectfully submitted,

    DAVID C. JOSEPH
    United States Attorney

BY:   */s/ Jessica D. Cassidy*
    JESSICA D. CASSIDY, LA Bar No. 34477
    CYTHERIA D. JERNIGAN, MA Bar No. 657960
    Assistant United States Attorney
    300 Fannin Street, Suite 3201
    Shreveport, Louisiana 71101
    (318) 676-3600
    (318) 676-3663 (fax)