UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-0070-01 |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

## **MEMORANDUM RULING**

Pending before the Court is a Motion to Suppress Statements [Doc. No. 37], filed by Derrick Curry on June 17, 2019. The United States of America filed Opposition to the Motion to Suppress [Doc. No. 39], on June 17, 2019.

Derrick Curry seeks to suppress statements made at the time of his arrest. The Government filed an Opposition stating it does not intend to introduce the referenced statements in its case-in-chief. The Government will only use said statements as impeachment evidence should the defendant testify at trial.

Therefore, as the four (4) statements sought to be suppressed will not be introduced in the Governments case-in-chief, the Motion to Suppress filed by Derrick Curry [Doc. No. 37], is **DENIED** as **MOOT**.

MONROE, LOUISIANA, this 18th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA