UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-0070-01 |
|---|---|---|
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

## MEMORANDUM RULING

Pending before the Court is Defendant's Motion to Continue Trial [Doc. No. 38], filed on June 16, 2019. The Government filed an Opposition [Doc. No. 40], on June 17, 2019.

Trial in this matter is currently scheduled to begin on July 1, 2019, in Monroe, Louisiana. In Defendant's Motion to Continue Trial, the reason for requesting the continuance is because of four (4) statements that were revealed by the Government on June 14, 2019, that were allegedly made at the time of Curry's arrest.

In the Government's Opposition it advised it will not seek to introduce Defendant's statements made at the time of arrest in the Government's case-in-chief. It will only seek to introduce the statements as impeachment evidence should Defendant testify at trial.

Since the statements made by the Defendant will not be introduced in the Government's case-in-chief, there are no longer grounds for a continuance. Therefore, Defendant's Motion to Continue Trial [Doc. No. 38], is **DENIED**.

MONROE, LOUISIANA, this 18th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA