**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened at 1:00 p.m. on June 26, 2019, and recessed at 1:10 p.m.

PRESENT:    <u>Mark L. Hornsby</u>, Magistrate Judge, Presiding
<u>Jill Keller</u>, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 10 minutes

### <u>5:18-SM-00014   GRAND JURY REPORT</u>

<u>  X  </u> Partial Report
<u>  X  </u> Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:18-cr-00148-01** | X | |
| 3:18-cr-00148-02** | X | |
| 3:18-cr-00154-01** | X | |
| 3:19-cr-00070-01** | X | |
| 3:19-cr-00200-01*** | X/WRIT | |
| 3:19-cr-00200-02*** | X/WRIT | |
| 5:19-cr-00201-01 | | X |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|

<u>  *  </u> In Federal Custody
<u> ** </u> Superseding Indictment
<u>***</u> State Custody