U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

AUG 0 7 2019

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | 18 U.S.C. § 922(g)(1) |
| VERSUS | * | |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

## FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters, as the basis for the Defendant pleading guilty to Count 1 of the Second Superseding Indictment:

On or about July 12, 2018, at approximately 12:15 a.m., deputies with the Ouachita Parish Sheriff's Office were patrolling near Temple Street and S. 7th Street in Monroe, Louisiana. Deputies observed DERRICK CURRY on a bicycle traveling eastbound in the westbound lane of traffic, in violation of La. R.S. 32:71 and La. R.S. 32:194. CURRY also did not have a functioning rear light on his bicycle, in violation of La. R.S. 32:329.1.

Deputies activated their emergency lights and attempted to make contact with CURRY. While doing so, deputies observed CURRY pull an object from his waistband and throw it into the air. CURRY was taken into custody shortly thereafter. Deputies located a black nylon gun holster attached to CURRY's belt. They also recovered a Taurus Model: PT92-AF pistol approximately 10 feet from where CURRY was taken into custody. The firearm was loaded and had sixteen 9 mm bullets in its magazine.

CURRY is a convicted felon, having previously been convicted of Armed Robbery on May 9, 1990. CURRY knew both that he was a convicted felon and also that he was prohibited from possessing the aforementioned firearm and ammunition at the time he did so on or about July 12, 2018.

ATF completed an examination of the aforementioned Taurus pistol. The pistol was capable of expelling a projectile by the action of an explosive and therefore met the statutory definition of a "firearm" as defined in 18 U.S.C. § 921(a)(3). ATF also conducted an interstate examination and concluded that the Taurus pistol traveled in or was affected by interstate commerce.

The above-described facts do not represent the totality of the evidence obtained in this case. However, the parties signing below agree and stipulate that the preceding paragraphs adequately describe DERRICK CURRY's role in the offense of Possession of a Firearm by a Convicted Felon, for establishing his guilt beyond a reasonable doubt to Count 1 of the Second Superseding Indictment.

Signed this ___7___ day of ___August___, 2019.

DERRICK CURRY
Defendant

BETTY L. MARAK
Attorney for Defendant

DAVID C. JOSEPH
United States Attorney

JESSICA D. CASSIDY, LA #34477
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600