# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0070-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | MAGISTRATE JUDGE HAYES |

## <u>ORDER</u>

Upon consideration and finding good cause,

IT IS ORDERED that the Defendant's Motion to Continue Sentencing [Doc. No. 69] is

GRANTED, and the sentencing hearing currently set for November 7, 2019, is CONVERTED to

a status and scheduling conference.

MONROE, LOUISIANA, this 4th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE