**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**February 21, 2020**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:19-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY** | **MAGISTRATE JUDGE HAYES** |

On November 7, 2019, the Court held a status conference with counsel and the Probation Officer. After discussion was held about the evidence to be offered at the sentencing hearing related to state court charges, the Court re-set the sentencing hearing to March 4, 2020, at 1:30 p.m., to allow counsel time to investigate and review those charges.

Counsel are instructed to file memoranda no later than Friday, February 28, 2020, notifying the Court as to whether evidence will be offered on those charges and whether counsel anticipate calling witnesses.

TAD

*[signature: TAD]*