# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

## MEMORANDUM ORDER

Pending here is Defendant Derrick Curry's ("Curry") Motion to Reconsider Defendant's Motion for Appointment of Counsel to assist in his Motion for Compassionate Release. [Doc. No. 99].

First, the Court has denied Curry's Motion for Compassionate Release [Doc. No. 98]. Therefore, his Motion to Reconsider is **DENIED AS MOOT**.

Additionally, while there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc*., 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). Curry disagrees with the Court's determination in this case that he is not entitled to appointment of counsel; however, the Court has previously considered and rejected Curry's arguments and finds no reason to alter or amend its Memorandum Order. Accordingly,

**IT IS ORDERED** that Curry's Motion [Doc. No. 99] is **DENIED.** Additionally, the Court advises Curry that if he wishes to appeal Orders or Judgments by this Court, those appeals should be directed to the Fifth Circuit Court of Appeals, not the Chief Judge of the Western District.

MONROE, LOUISIANA, this 10th day of September 2021.

                                                   */s/ Terry A. Doughty*
                                                   Terry A. Doughty
                                                   United States District Judge