**CLERK, UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**TOM STAGG UNITED STATES COURT HOUSE**
**300 FANNIN ST., SUITE 1167**
**SHREVEPORT, LOUISIANA 71101-3083**

**OFFICIAL BUSINESS**





RECEIVED
OCT 25 2021
TONY R. MOORE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

19-cr-00070-01 #109

RETURN TO SENDER
___ ADDRESSEE UNKNOWN
___ FORWARDING TIME EXPIRED
_X_ INMATE NOT APPROVED TO CORRESPOND







X-RAYED

**NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA**

Derrick Curry (PrisID: 20965-035 )
F C I - Yazoo City Medium
P O Box 5000
Yazoo City, MS 39194

Case: 3:19-cr-00070 #109
14 pages printed: Tue Sep 28 15:01:17 2021

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

**ORDER**

Considering the foregoing pro se Motion for Production of Documents [Doc. No. 108] filed by Defendant Derrick Curry,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendant requests documents which are filed in the record, the Motion is **GRANTED**. The Court orders that the Clerk's Office provide Defendant with a docket sheet in order for him to select the documents he is requesting.

To the extent that Defendant requests discovery materials, the Motion is **DENIED**. Discovery materials are not filed in the record, and the Court does not have access to those documents.

MONROE, LOUISIANA, this 28th day of September 2021.

Terry A. Doughty
United States District Judge

CLOSED,APPEAL

# U.S. District Court
## Western District of Louisiana (Monroe)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 3:19-cr-00070-TAD-KLH-1

Case title: USA v. Curry

Date Filed: 02/28/2019
Date Terminated: 03/04/2020

Assigned to: Judge Terry A Doughty
Referred to: Magistrate Judge Karen L Hayes

Appeals court case number: 20-30181 5CCA

**Defendant (1)**

**Derrick Curry**
TERMINATED: 03/04/2020

represented by **Derrick Curry**
20965-035
F C I - Yazoo City Medium
P O Box 5000
Yazoo City, MS 39194
PRO SE

**Betty Lee Marak**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313
Email: betty_marak@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ashley Renee Martin**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313
Email: ashley_martin@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon with Forfeiture Allegations (1ss) | Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon with Forfeiture Notice (1) | Dismissed by Superseding Indictment filed 5/22/2019 |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon With Forfeiture Allegations (1s) | Dismissed by Second Superseding Indictment filed 6/26/2019 |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by   **Cytheria Jernigan**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3611
Fax: 318-676-3663
Email: cytheria.jernigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jessica Diane Cassidy**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068

318-676-3600<br>
Fax: 318-676-3363<br>
Email: jessica.cassidy@usdoj.gov<br>
LEAD ATTORNEY<br>
ATTORNEY TO BE NOTICED<br>
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2019 | 1 | INDICTMENT as to Derrick Curry (1) count(s) 1. (crt,Bray, K) (Entered: 03/04/2019) |
| 02/28/2019 | 4 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,Bray, K) (Entered: 03/04/2019) |
| 03/20/2019 | 9 | ORAL MOTION to Appoint Counsel by Derrick Curry (1). (crt,Bray, K) (Entered: 03/20/2019) |
| 03/20/2019 | 10 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: INITIAL APPEARANCE as to Derrick Curry (1) held on 3/20/2019. Oral Order granting 9 Motion to Appoint Counsel as to Derrick Curry (1); Arraignment and Detention Hearing set for 3/27/2019 10:30 AM before Magistrate Judge Karen L Hayes. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 03/20/2019) |
| 03/21/2019 | | Attorney update in case as to Derrick Curry (1). Attorney Betty Lee Marak for Derrick Curry added. (crt,Leday, A) (Entered: 03/21/2019) |
| 03/27/2019 | 11 | ORAL MOTION for Rule 16 Discovery by Derrick Curry (1). (crt,Reeves, T) (Entered: 03/27/2019) |
| 03/27/2019 | 12 | ORAL MOTION for Reciprocal Discovery by USA as to Derrick Curry (1). (crt,Reeves, T) (Entered: 03/27/2019) |
| 03/27/2019 | 13 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1 held on 3/27/2019. PLEA ENTERED: Not Guilty on Count 1. Detention hearing waived at this time. ORAL ORDERS granting 11 Motion for Rule 16 Discovery and 12 Motion for Reciprocal Discovery as to Derrick Curry (1). Magistrate Judge Status Conference set for 4/10/2019 11:00 AM by phone before Magistrate Judge Karen L Hayes. Counsel for the Government to initiate the call. Defendant detained pending trial. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Reeves, T) (Entered: 03/27/2019) |
| 04/10/2019 | 14 | ORAL MOTION to Continue Trial Beyond Speedy Trial Act Deadlines by Derrick Curry (1). (crt,Bray, K) (Entered: 04/10/2019) |
| 04/10/2019 | 15 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: STATUS CONFERENCE as to Derrick Curry (1) held on 4/10/2019. Oral Order granting 14 Motion to Continue as to Derrick Curry (1). See image associated with Scheduling Order. (crt,Bray, K) (Entered: 04/10/2019) |

| Date | No. | Entry |
|---|---|---|
| 04/10/2019 | 16 | SCHEDULING ORDER as to Derrick Curry (1): Pretrial Conference set for 6/5/2019 10:30 AM in by phone before Magistrate Judge Karen L Hayes. Jury Trial set for 7/1/2019 09:00 AM before Judge Terry A Doughty. Motions due by 5/10/2019. Foreseeable Issues, Voir Dire and Pattern Jury Instructions due by 6/3/2019. Plea Agreement due by 6/5/2019. Signed by Magistrate Judge Karen L Hayes on 4/10/2019. (crt,Bray, K) (Entered: 04/10/2019) |
| 05/22/2019 | 17 | SUPERSEDING INDICTMENT as to Derrick Curry (1) count(s) 1s. (crt,AdamsSld, K) (Entered: 05/23/2019) |
| 05/22/2019 | 19 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,AdamsSld, K) (Entered: 05/23/2019) |
| 05/23/2019 | 21 | ELECTRONIC MINUTE ENTRY as to Derrick Curry (1). ( Arraignment set for 6/5/2019 at 9:45 AM in Monroe, 3rd floor before Magistrate Judge Karen L Hayes.) Signed by Magistrate Judge Karen L Hayes on 5/23/2019. (crt,Leday, A) (Entered: 05/23/2019) |
| 05/24/2019 | 22 | MOTION for Cytheria D. Jernigan to Enroll as Counsel by USA as to Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Text of proposed order)(Attorney Cytheria Jernigan added to party USA(pty:pla)) (aty,Jernigan, Cytheria) (Entered: 05/24/2019), (QC'ed on 05/24/2019, by Reeves, T) |
| 05/28/2019 | 23 | ORDER granting 22 Motion to Enroll Co-Counsel by USA as to Derrick Curry (1). Signed by Magistrate Judge Karen L Hayes on 5/28/2019. (crt,Bray, K) (Entered: 05/28/2019) |
| 06/03/2019 | 25 | LIST OF FORESEEABLE ISSUES by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/03/2019 | 26 | PROPOSED JURY INSTRUCTIONS/VERDICT FORM by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/03/2019 | 27 | PROPOSED VOIR DIRE by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/04/2019 | 28 | LIST OF FORESEEABLE ISSUES as to Derrick Curry (1) (aty,Marak, Betty) (Entered: 06/04/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/04/2019 | 29 | PROPOSED JURY INSTRUCTIONS/VERDICT FORM by Derrick Curry (1) (aty,Marak, Betty) (Entered: 06/04/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/05/2019 | 30 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) Modified text on 6/5/2019 (Bray, K). (Entered: 06/05/2019), (QC'ed on 06/05/2019, by Bray , K) |
| 06/05/2019 | 31 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) Modified text on 6/5/2019 (Bray, K). (Entered: 06/05/2019), (QC'ed on 06/05/2019, by Bray , K) |
| 06/05/2019 | 32 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: PRETRIAL CONFERENCE as to Derrick Curry (1) held on 6/5/2019. Jury Trial |

| | | |
|---|---|---|
| | | presently set for 7/1/2019 09:00 AM before Judge Terry A Doughty. See image for further deadlines. (crt,Bray, K) (Entered: 06/05/2019) |
| 06/05/2019 | 33 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1s held on 6/5/2019, PLEA ENTERED: Not Guilty on counts 1s. Jury Trial currently set for 7/1/2019 09:00 AM before Judge Terry A Doughty. Defendant detained pending trial. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 06/06/2019) |
| 06/07/2019 | 34 | MOTION in Limine by USA as to Derrick Curry (1). (Attachments: # 1 Proposed order)(aty,Cassidy, Jessica) (Entered: 06/07/2019), (QC'ed on 06/07/2019, by YocumSld , M) |
| 06/07/2019 | 35 | MINUTE ENTRY as to Derrick Curry (1): Responses to 34 MOTION in Limine due by 6/21/2019. Signed by Judge Terry A Doughty on 6/7/2019. (crt,Crawford, A) (Entered: 06/07/2019) |
| 06/14/2019 | 36 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/14/2019), (QC'ed on 06/14/2019, by Bray , K) |
| 06/17/2019 | 37 | MOTION to Suppress by Derrick Curry (1). Motions referred to Karen L Hayes. (aty,Marak, Betty) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/17/2019 | 38 | MOTION to Continue Trial Date and Related Deadlines by Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order) (aty,Marak, Betty) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/17/2019 | 39 | RESPONSE in Opposition by USA as to Derrick Curry (1) re 37 MOTION to Suppress (aty,Cassidy, Jessica) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/17/2019 | 40 | RESPONSE in Opposition by USA as to Derrick Curry (1) re 38 MOTION to Continue Trial Date and Related Deadlines (aty,Cassidy, Jessica) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/18/2019 | 41 | ORDER denying as moot 37 Motion to Suppress as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 42 | MEMORANDUM RULING as to Derrick Curry (1) re 37 MOTION to Suppress filed by Derrick Curry. Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 43 | ORDER denying 38 Motion to Continue Trial as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 44 | MEMORANDUM RULING as to Derrick Curry (1) re 38 MOTION to Continue Trial Date and Related Deadlines filed by Derrick Curry. Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/21/2019 | 45 | RESPONSE in Opposition by Derrick Curry (1) re 34 MOTION in Limine (aty,Marak, Betty) (Entered: 06/21/2019), (QC'ed on 06/21/2019, by YocumSld , M) |
| 06/21/2019 | 46 | WITNESS LIST filed under seal by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/21/2019), (QC'ed on 06/24/2019, by YocumSld , M) |

| | | |
|---|---|---|
| 06/24/2019 | 48 | MOTION to Dismiss *Superseding Indictment and Incorporated Memorandum* by Derrick Curry (1). (Attachments: # 1 Proposed order)(aty,Marak, Betty) (Entered: 06/24/2019), (QC'ed on 06/25/2019, by Bray , K) |
| 06/25/2019 | 49 | MEMORANDUM ORDER denying 34 Motion in Limine as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/25/2019. (crt,Crawford, A) (Entered: 06/25/2019) |
| 06/25/2019 | 50 | ORDER as to Derrick Curry (1): Jury Trial RESET for 8/7/2019 09:00 AM before Judge Terry A Doughty to allow the Court to consider the pending motion, Rec Doc 48 MOTION to Dismiss Superseding Indictment, as well as address the other pending criminal matters before it. The Court finds the ends of justice served outweigh the public's and Defendant's interest in a speedy trial. Signed by Judge Terry A Doughty on 6/25/2019. (crt,Bray, K) (Entered: 06/25/2019) |
| 06/26/2019 | 51 | SECOND SUPERSEDING INDICTMENT as to Derrick Curry (1) count(s) 1ss. (crt,Bray, K) (Entered: 06/27/2019) |
| 06/26/2019 | 53 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,Bray, K) (Entered: 06/27/2019) |
| 06/28/2019 | 55 | ELECTRONIC MINUTE ENTRY as to Derrick Curry (1): Arraignment set for 7/1/2019 at 12:00 PM in Monroe, 3rd floor before Magistrate Judge Karen L Hayes. Signed by Magistrate Judge Karen L Hayes on 6/28/2019. (crt,Crawford, A) (Entered: 06/29/2019) |
| 07/01/2019 | 56 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1ss held on 7/1/2019, PLEA ENTERED: Not Guilty on counts 1ss. Jury Trial remains set for 8/7/2019 before Judge Terry A Doughty. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 07/02/2019) |
| 07/01/2019 | 57 | ORDER denying as moot 48 Motion to Dismiss Superseding Indictment as to Derrick Curry (1). Signed by Judge Terry A Doughty on 7/1/2019. (crt,Bray, K) (Entered: 07/02/2019) |
| 08/05/2019 | 58 | NOTICE of Attorney Appearance: Ashley Renee Martin appearing for Derrick Curry (1) (Attorney Ashley Renee Martin added to party Derrick Curry(pty:dft)) (aty,Martin, Ashley) (Entered: 08/05/2019), (QC'ed on 08/05/2019, by Bray , K) |
| 08/07/2019 | 59 | MINUTES for proceedings held before Judge Terry A Doughty: CHANGE OF PLEA HEARING as to Derrick Curry (1) held on 8/7/2019. PLEA ENTERED: Guilty Count 1ss. Guilty plea accepted. Presentence investigation report ordered. Sentencing set for 11/7/2019 at 1:30 PM in Monroe, 2nd floor before Judge Terry A Doughty. Sentencing memoranda to be filed 7 days before sentencing with a courtesy copy forwarded to chambers. (Court Reporter: Debbie Lowery) (crt,YocumSld, M) (Entered: 08/07/2019) |
| 08/07/2019 | 60 | ORAL ORDER OF REFERRAL to Probation for Pre-Sentence Investigation and Report as to Derrick Curry (1) Signed by Judge Terry A Doughty on 8/7/2019. (crt,YocumSld, M) (Entered: 08/07/2019) |

| | | |
|---|---|---|
| 08/07/2019 | 61 | PLEA AGREEMENT Accepted as to Derrick Curry (1). (Attachments: # 1 Affidavit of understanding, # 2 Factual basis for guilty plea, # 3 Elements of offense)(crt,YocumSld, M) (Entered: 08/07/2019) |
| 08/13/2019 | 63 | MOTION for Preliminary Forfeiture of Property by USA as to Derrick Curry (1). (Attachments: # 1 Text of proposed order)(aty,Cassidy, Jessica) (Entered: 08/13/2019), (QC'ed on 08/13/2019, by Bray, K) |
| 08/14/2019 | 64 | PRELIMINARY ORDER OF FORFEITURE granting 63 Motion for Forfeiture of Property as to Derrick Curry (1). Signed by Judge Terry A Doughty on 8/14/2019. (crt,Bray, K) (Entered: 08/14/2019) |
| 10/22/2019 | 67 | MOTION for Final Forfeiture of Property by USA as to Derrick Curry (1). (Attachments: # 1 Exhibit, # 2 Text of proposed order)(aty,Cassidy, Jessica) (Entered: 10/22/2019), (QC'ed on 10/23/2019, by Bray, K) |
| 10/23/2019 | 68 | FINAL JUDGMENT OF FORFEITURE granting 67 Motion for Forfeiture of Property as to Derrick Curry (1). Signed by Judge Terry A Doughty on 10/23/2019. (crt,Bray, K) (Entered: 10/23/2019) |
| 10/31/2019 | 69 | MOTION to Continue Sentencing by Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order, # 2 Exhibit Letter from USA to USPO)(aty,Marak, Betty) (Entered: 10/31/2019), (QC'ed on 10/31/2019, by Bray, K) |
| 11/04/2019 | 70 | ORDER granting 69 Motion to Continue Sentencing as to Derrick Curry (1). **The sentencing hearing is Converted to a Status Conference** to be held in chambers before Judge Terry A Doughty. Signed by Judge Terry A Doughty on 11/4/2019. (crt,Crawford, A) (Entered: 11/04/2019) |
| 11/07/2019 | 71 | MINUTES for proceedings held before Judge Terry A Doughty: STATUS/SCHEDULING CONFERENCE as to Derrick Curry (1) held on 11/7/2019. Sentencing reset for 3/4/2020 01:30 PM in Monroe, 2nd floor before Judge Terry A Doughty. (crt,Bray, K) (Entered: 11/08/2019) |
| 02/21/2020 | 72 | MINUTE ENTRY as to Derrick Curry (1): Counsel shall file memoranda by 2/28/2020, notifying the Court as to whether evidence will be offered and whether counsel anticipate calling witnesses. Signed by Judge Terry A Doughty on 2/21/2020. (crt,Crawford, A) (Entered: 02/21/2020) |
| 03/04/2020 | 76 | MINUTES for proceedings held before Judge Terry A Doughty: CHANGE OF PLEA HEARING/SENTENCING held on 3/4/2020 for Derrick Curry (1), Count(s) 1, Dismissed by Superseding Indictment filed 5/22/2019; Count(s) 1s, Dismissed by Second Superseding Indictment filed 6/26/2019; Count(s) 1ss, Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment. Defendant remanded to the custody of the U.S. Marshal. (Court Reporter: Debbie Lowery) (crt,Bray, K) (Entered: 03/05/2020) |
| 03/04/2020 | 77 | JUDGMENT as to Derrick Curry (1), Count(s) 1, Dismissed by Superseding Indictment filed 5/22/2019; Count(s) 1s, Dismissed by Second Superseding Indictment filed 6/26/2019; Count(s) 1ss, Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment. Signed by Judge Terry A Doughty on 3/4/2020. (crt,Bray, K) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/13/2020 | 79 | NOTICE OF APPEAL by Derrick Curry (1), pro se re 77 Judgment. FEE STATUS: NOT PAID (Attachments: # 1 Declaration, # 2 Envelope) (crt,WalkerSld, B) ADMINISTRATIVE ENTRY: NOA filed by court appointed counsel - see NOA Doc # 82 (WalkerSld, B). (Entered: 03/16/2020) |
| 03/16/2020 | 80 | FEE LETTER requesting payment of appeal filing fee to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment. (Attachments: # 1 Application to Proceed In Forma Pauperis)(crt,WalkerSld, B) (Entered: 03/16/2020) |
| 03/16/2020 | 81 | MOTION to Appoint Counsel by Derrick Curry (1). Motion Ripe Deadline set for 3/16/2020. Motions referred to Magistrate Judge Karen L Hayes. (Attachments: # 1 Envelope)(crt,WalkerSld, B) (Entered: 03/16/2020), (QC'ed on 03/16/2020, by WalkerSld , B) |
| 03/16/2020 | | NOTICE of Appeal Transcript Order Requirement regarding 79 Notice of Appeal - Final Judgment. Pursuant to FRAP 10(b), the Appellant must file the transcript order form regardless of whether transcripts are necessary. Access the 5th Circuit site by clicking here. Hover over the Forms Fees & Guides tab, Forms, Court Reporter Forms, Transcript Order Form.<br><br>In following the instructions on the form, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. (crt,WalkerSld, B) (Entered: 03/16/2020) |
| 03/17/2020 | 82 | NOTICE OF APPEAL by Derrick Curry (1) re 77 Judgment. (CJA appointment - Filing Fee not required) (aty,Marak, Betty) (Entered: 03/17/2020), (QC'ed on 03/17/2020, by WalkerSld , B) |
| 03/18/2020 | | USCA Case Number as to Derrick Curry (1) 20-30181 for 79 Notice of Appeal and 82 Notice of Appeal - Final Judgment filed by Derrick Curry. (crt,WalkerSld, B) (Entered: 03/18/2020) |
| 03/20/2020 | 83 | MOTION Styled as Motion to Correct and/or Reduce Sentence Requesting Credit for Time Served by Derrick Curry (1), pro se. Motion Ripe Deadline set for 3/20/2020. (Attachments: # 1 Envelope)(crt,Bray, K) (Entered: 03/20/2020), (QC'ed on 03/20/2020, by Bray , K) |
| 03/23/2020 | 84 | ORDER denying 83 Motion to Correct and/or Reduce Sentence as to Derrick Curry (1). Signed by Judge Terry A Doughty on 3/23/2020. (crt,Bray, K) (Entered: 03/23/2020) |
| 03/30/2020 | 85 | ORDER denying 81 Motion to Appoint Appellate Counsel as to Derrick Curry (1). Signed by Magistrate Judge Karen L Hayes on 3/30/2020. (crt,Bray, K) (Entered: 03/30/2020) |
| 04/24/2020 | 86 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Derrick Curry (1) for Guilty Plea held on 8/7/2019 before Judge Terry A Doughty, re 82 Notice of Appeal - Final Judgment. Court Reporter: Debbie Lowery, Telephone number (318)654-6489. Total pages: 32. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER or the Court Reporter. Redaction Request due 5/18/2020. Redacted Transcript Deadline set for 5/29/2020. Release of Transcript Restriction set for 7/27/2020. (crt,Lowery, D) (Entered: 04/24/2020), (QC'ed on 04/27/2020, by Whidden , C) |

| | | |
|---|---|---|
| 04/24/2020 | 87 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Derrick Curry (1) for Guilty Plea and Sentencing held on 3/4/2020 before Judge Terry A Doughty, re 82 Notice of Appeal - Final Judgment. Court Reporter: Debbie Lowery, Telephone number (318)654-6489. Total pages: 24. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER or the Court Reporter. Redaction Request due 5/18/2020. Redacted Transcript Deadline set for 5/29/2020. Release of Transcript Restriction set for 7/27/2020. (crt,Lowery, D) (Entered: 04/24/2020), (QC'ed on 04/27/2020, by Whidden , C) |
| 05/12/2020 | | ELECTRONICALLY CERTIFIED Record on Appeal to US Court of Appeals as to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment, 82 Notice of Appeal - Final Judgment is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking here. (USCA #20-30181)<br><br>If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court.<br><br>After obtaining permission from COA for sealed/restricted filings, please request access via the District Courts CM/ECF system. (crt,WalkerSld, B) (Entered: 05/12/2020) |
| 06/09/2020 | 89 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal and 82 Notice of Appeal that unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Derrick Curry may obtain all ex parte documents filed on behalf of Derrick Curry, and all other non ex parte documents in the record. (crt,WalkerSld, B) (Entered: 06/09/2020) |
| 06/10/2020 | | REQUEST For Record on Appeal for Derrick Curry (1) re 82 Notice of Appeal - Final Judgment. Non-Electronic portion of appeal record requested. Sealed Pleadings requested as ordered by USCA. (aty,Marak, Betty) (Entered: 06/10/2020), (QC'ed on 06/10/2020, by WalkerSld , B) |
| 07/16/2020 | | REQUEST For Record on Appeal by USA as to Derrick Curry (1) re 82 Notice of Appeal - Final Judgment. Sealed Pleadings requested as ordered by USCA. (aty,Griffing, C) (Entered: 07/16/2020), (QC'ed on 07/16/2020, by WalkerSld , B) |
| 07/16/2020 | 90 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment, 82 Notice of Appeal - Final Judgment that unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents filed on behalf of United States of America, and all other non ex parte documents in the record. (crt,WalkerSld, B) (Entered: 07/16/2020) |
| 12/11/2020 | 91 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal and 82 Notice of Appeal that the motion of the Federal Public Defender to withdraw as counsel is GRANTED. (crt,WalkerSld, B) (Entered: 12/11/2020) |

| Date | # | Entry |
|---|---|---|
| 12/31/2020 | 92 | JUDGMENT/MANDATE of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal, 82 Notice of Appeal that the judgment of the District Court is AFFIRMED. (USCA #20-30181) (crt,WalkerSld, B) (Entered: 12/31/2020) |
| 08/24/2021 | 93 | MOTION for Compassionate Release and/or MOTION to Reduce Sentence by Derrick Curry (1), pro se. Motion Ripe Deadline set for 8/24/2021. (Attachments: # 1 Proposed order, # 2 Envelope) (crt,YocumSld, M) (Entered: 08/26/2021), (QC'ed on 08/26/2021, by YocumSld , M) |
| 08/24/2021 | 94 | MOTION to Appoint Counsel by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes. Motion Ripe Deadline set for 8/24/2021. (Attachments: # 1 Proposed order, # 2 Envelope) (crt,YocumSld, M) (Entered: 08/26/2021), (QC'ed on 08/26/2021, by YocumSld , M) |
| 08/26/2021 | 95 | STANDARD PROCEDURAL ORDER as to Derrick Curry (1) re 93 MOTION for Compassionate Release and/or MOTION to Reduce Sentence filed by Derrick Curry. Signed by Chief Judge S Maurice Hicks, Jr. (crt,YocumSld, M) (Entered: 08/26/2021) |
| 08/27/2021 | 96 | ORDER denying 94 Motion to Appoint Counsel as to Derrick Curry (1). Signed by Judge Terry A Doughty on 8/27/2021. (crt,YocumSld, M) (Entered: 08/27/2021) |
| 09/03/2021 | 97 | RESPONSE in Opposition by USA as to Derrick Curry (1) re 93 MOTION for Compassionate Release MOTION to Reduce Sentence (Attachments: # 1 Exhibit, # 2 Exhibit)(aty,Cassidy, Jessica) (Entered: 09/03/2021), (QC'ed on 09/03/2021, by Adams , K) |
| 09/07/2021 | 98 | MEMORANDUM ORDER denying 93 Motion for Compassionate Release and/or Motion to Reduce Sentence as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/7/2021. (crt,Adams, K) (Entered: 09/07/2021) |
| 09/09/2021 | 99 | MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes (DEACTIVATED2). Motion Ripe Deadline set for 9/9/2021. (Attachments: # 1 Envelope)(crt,Adams, K) (Entered: 09/10/2021), (QC'ed on 09/10/2021, by Adams , K) |
| 09/10/2021 | 100 | MEMORANDUM ORDER denying 99 Motion for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/10/2021. (crt,Adams, K) (Entered: 09/10/2021) |
| 09/22/2021 | 101 | REQUEST by Derrick Curry (1) for two copies of a 2254 form, two copies of a 2255 form and two copies of an IFP form. Clerk mailed two copies of a 2254 form, two copies of a 2255 form and two copies of an IFP form on 9/22/21. (Public entry, but no electronic notice.) (Attachments: # 1 2255 copy work request, # 2 Envelope) (crt,Miletello, A) (Entered: 09/22/2021) |
| 09/22/2021 | 102 | MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes. Motion Ripe Deadline set for 9/22/2021. (Attachments: # 1 Envelope) (crt,Adams, K) (Entered: 09/22/2021), (QC'ed on 09/22/2021, by Adams , K) |

| | | |
|---|---|---|
| 09/23/2021 | 103 | ORDER denying 102 Motion for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/23/2021. (crt,Adams, K) (Entered: 09/23/2021) |
| 09/23/2021 | 104 | NOTICE OF APPEAL by Derrick Curry (1) re 98 Order on Motion for Compassionate Release, Order on Motion to Reduce Sentence. (Attachments: # 1 Cover Letter, # 2 Envelope)(crt,WalkerSld, B) (Entered: 09/24/2021) |
| 09/24/2021 | 105 | FEE LETTER requesting payment of appeal filing fee to Derrick Curry (1) re 104 Notice of Appeal. (Attachments: # 1 Application to Proceed In Forma Pauperis)(crt,WalkerSld, B) (Entered: 09/24/2021) |
| 09/24/2021 | 106 | NOTICE of Appeal Transcript Order Requirement regarding 104 Notice of Appeal. Pursuant to FRAP 10(b), the Appellant must file the transcript order form regardless of whether transcripts are necessary. In following the instructions on the form attached to this entry, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. The following is the contact information for the court reporter(s) in this case:<br><br>Debbie Lowery, P O Box 467, Monroe, LA 71210 (Attachments: # 1 Docket Sheet)(crt,WalkerSld, B) (Entered: 09/24/2021) |
| 09/27/2021 | 107 | LETTER styled as "Judicial Misconduct Complaint" by Derrick Curry (1) to Chief Judge S. Maurice Hicks, Jr (Attachments: # 1 Envelope) (crt,Adams, K) (Entered: 09/27/2021) |
| 09/27/2021 | 108 | MOTION for Production of Documents at Government Expense by Derrick Curry (1). Motion Ripe Deadline set for 9/27/2021. (Attachments: # 1 Proposed order, # 2 Envelope)(crt,WalkerSld, B) (Entered: 09/27/2021), (QC'ed on 09/27/2021, by WalkerSld , B) |

**U.S. District Court**

**Western District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 9/28/2021 at 2:52 PM CDT and filed on 9/28/2021

| | |
|---|---|
| **Case Name:** | USA v. Curry |
| **Case Number:** | 3:19-cr-00070-TAD-KLH |
| **Filer:** | |
| **Document Number:** | 109 |

**Docket Text:**
ORDER granting in part and denying in part [108] Motion for Production of Documents at Government Expense as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/28/2021. (Attachments: # (1) Docket Sheet) (crt,Crawford, A)