**CLERK, UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**TOM STAGG UNITED STATES COURT HOUSE**
**300 FANNIN ST., SUITE 1167**
**SHREVEPORT, LOUISIANA 71101-3083**

**OFFICIAL BUSINESS**



02 1P
0000941621
MAILED FROM

X-RAYED

NIXIE  326  4C 1  7210/22/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RETURN TO SENDER
ADDRESSEE UNKNOWN
FORWARDING TIME
EXPIRED
✓ INMATE NOT APPROVED
TO CORRESPOND

**RECEIVED**

OCT 26 2021

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

19-cr-00070-01 #104

**NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA**

Derrick Curry (PrisID: 20965-035 )
F C I - Yazoo City Medium
P O Box 5000
Yazoo City, MS 39194

Case: 3:19-cr-00070 #104
8 pages printed: Fri Sep 24 9:01:20 2021

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

RECEIVED
SEP 23 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES OF AMERICA       CRIMINAL DOCKET No.: 3:19-CR-00070-0

                               DIVISION/SECTION: _____

VERSUS                         JUDGE: _____

                               MAG. JUDGE: _____

DERRICK WAYNE CURRY            FILED: _____

                               S/ _____
                               (DEPUTY CLERK OF COURT).

NOTICE OF INTENT

MAY IT PLEASE THIS HONORABLE COURT:

NOW INTO COURT comes DERRICK WAYNE CURRY, the Defendant herein, who respectfully intends to Appeal the Court's Denial of his Motion for Compassionate Release and/or Reduction in Sentence.

On or about August 24, 2021, Defendant filed a Motion for Compassionate Release and/or Reduction in Sentence.

On or about September 3, 2021, the Government filed an Opposition.

1 of 3

On September 7, 2021, the Court Denied the Motion for Compassionate Release.

On "SUNDAY, SEPTEMBER 19, 2021," Defendant received the Government's Opposition and the Court's Memorandum Order from the Staff at FCC-Yazoo City.

The Staff at Yazoo City could not explain why Defendant's mail was delivered late. Defendant's LEGAL MAIL had not gone through the proper channels here at Yazoo City. Defendant's LEGAL MAIL has been opened outside of his presence. Defendant's LEGAL MAIL has been delivered to him OPENED. Defendant has not SIGNED for any of his LEGAL MAIL from this Court or the Government.

The Surveillance Camera here at Yazoo City at the unit and cell (J2-130) will verify that Defendant was given his LEGAL MAIL on SUNDAY, SEPTEMBER 19, 2021, at or about 10:30 a.m.

2 of 3

Defendant respectfully request this Honorable Court send him a COMPLETE COPY of his "MOTION FOR COMPASSIONATE RELEASE AND/OR REDUCTION IN SENTENCE," and ALL other relevant documents so that he can APPEAL the Court's DENIAL of his motion. — Copy work letter mailed

Defendant respectfully request that this Honorable Court set a RETURN DATE in regards to his APPEAL.

Respectfully Submitted,
Derrick Wayne Curry
#20945035
FCC-Yazoo City
United States Penitentiary
P.O. Box 5000
Yazoo City, MS 39194

DATE: September 19, 2021

3 of 3

Derrick Wayne Curry
Federal Register No. #20965-035
FCC - Yazoo City
United States Penitentiary
P.O. Box 5000
Yazoo City, MS 39194

**RECEIVED**
SEP 23 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

19-cr-00070-01

CLERK OF COURT
United States District Court
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin St, Suite 1167
Shreveport, La 71101-3083

DATE: September 19, 2021

RE: NOTICE OF INTENT

Dear Clerk of Court,
On Sunday, September 19, 2021, I received the Court's DENIAL of my "Motion for Compassionate Release and/or Reduction in Sentence," which was dated September 7, 2021.

2 of 2

On September 19, 2021, I also received the "Government's Opposition, dated September 3, 2021. The Staff member here at Yazoo City who delivered my LEGAL MAIL on Sunday, September 19, 2021, could not explain why my LEGAL MAIL was delivered so late. All of my LEGAL MAIL from this Court and the Government has been OPENED outside of my presence. I have not SIGNED for any of my LEGAL MAIL from this Court or the Government.

It is my INTENT to APPEAL the DENIAL of my "Motion for Compassionate Release and/or Reduction in Sentence."

copy work
letter
mailed

I am requesting that I be provided a COMPLETE COPY of the motion for compassionate release that was filed on August 24, 2021, and all other relevant documents.

I am requesting that a RETURN DATE be provided for filing my APPEAL.

Sincerely,
Derrick Wayne Curry
#20965-035

JACKSON MS 390    20 SEP 2021 PM 3 L

X-RAYED

RECEIVED
SEP 23 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Derrick Curry #20945035
FCC-Yazoo City
United States Penitentiary
P.O. Box 5000
Yazoo City, MS. 39194

Clerk of Court
United States District Court
Western District of Louisiana
Tom Stagg United States Court House
Shreveport, La. 71101-3083

71101-312292

## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2021 at 8:51 AM CDT and filed on 9/23/2021

| | |
|---|---|
| **Case Name:** | USA v. Curry |
| **Case Number:** | 3:19-cr-00070-TAD-KLH |
| **Filer:** | Dft No. 1 - Derrick Curry |
| **Document Number:** | 104 |

**Docket Text:**
NOTICE OF APPEAL by Derrick Curry (1) re [98] Order on Motion for Compassionate Release, Order on Motion to Reduce Sentence. (Attachments: # (1) Cover Letter, # (2) Envelope)(crt,WalkerSld, B)