Case 3:19-cr-00070-TAD-KLH   Document 113   Filed 10/26/21   Page 1 of 17 PageID #: 558



CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

XRAYED

RETURN TO SENDER
___ ADDRESSEE UNKNOWN
✓ FORWARDING TIME EXPIRED
___ INMATE NOT APPROVED TO CORRESPOND

NIXIE  326 4C 1  7210/22/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RECEIVED
OCT 26 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

19-cr-00070 #100

NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Derrick Curry (PrisID: 20965-035 )
F C I - Yazoo City Medium
P O Box 5000
Yazoo City, MS 39194

Case: 3:19-cr-00070 #106
16 pages printed: Fri Sep 24 9:21:09 2021

**TRANSCRIPT ORDER FORM (DKT-13) — READ INSTRUCTIONS BEFORE COMPLETING**

District Court _____ District Court Docket No. _____

Short Case Title _____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court _____ Court of Appeals No. _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.
**B.** This is to certify satisfactory financial arrangements have been made. **Method of Payment:**
☐ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature _____ Date Transcript Ordered _____
Print Name _____ Phone _____
Counsel for _____
Address _____
Email of Attorney: _____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

## TRANSCRIPT ORDER FORM INSTRUCTIONS

### INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered. A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5. File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

### INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

CLOSED,APPEAL

## U.S. District Court
## Western District of Louisiana (Monroe)
## CRIMINAL DOCKET FOR CASE #: 3:19-cr-00070-TAD-KLH-1

Case title: USA v. Curry

Date Filed: 02/28/2019
Date Terminated: 03/04/2020

Assigned to: Judge Terry A Doughty
Referred to: Magistrate Judge Karen L Hayes

Appeals court case number: 20-30181 5CCA

**Defendant (1)**

**Derrick Curry**
*TERMINATED: 03/04/2020*

represented by **Derrick Curry**
20965-035
F C I - Yazoo City Medium
P O Box 5000
Yazoo City, MS 39194
PRO SE

**Betty Lee Marak**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313
Email: betty_marak@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ashley Renee Martin**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313

Email: ashley_martin@fd.org
ATTORNEY TO BE NOTICED

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon with Forfeiture Allegations (1ss) | Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon with Forfeiture Notice (1) | Dismissed by Superseding Indictment filed 5/22/2019 |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. - Possession of a Firearm and Ammunition by a Convicted Felon With Forfeiture Allegations (1s) | Dismissed by Second Superseding Indictment filed 6/26/2019 |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA     represented by   **Cytheria Jernigan**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3611
Fax: 318-676-3663
Email: cytheria.jernigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation:* Assistant US Attorney

**Jessica Diane Cassidy**
U S Attorneys Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3600
Fax: 318-676-3363
Email: jessica.cassidy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation:* Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2019 | 1 | INDICTMENT as to Derrick Curry (1) count(s) 1. (crt,Bray, K) (Entered: 03/04/2019) |
| 02/28/2019 | 2 | INDICTMENT WITH SIGNATURE filed under seal as to Derrick Curry (1) (crt,Bray, K) (Entered: 03/04/2019) |
| 02/28/2019 | 3 | DEFENDANT INFORMATION SHEET filed under seal as to Derrick Curry (1) (crt,Bray, K) (Entered: 03/04/2019) |
| 02/28/2019 | 4 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,Bray, K) (Entered: 03/04/2019) |
| 03/20/2019 | 9 | ORAL MOTION to Appoint Counsel by Derrick Curry (1). (crt,Bray, K) (Entered: 03/20/2019) |
| 03/20/2019 | 10 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: INITIAL APPEARANCE as to Derrick Curry (1) held on 3/20/2019. Oral Order granting 9 Motion to Appoint Counsel as to Derrick Curry (1); Arraignment and Detention Hearing set for 3/27/2019 10:30 AM before Magistrate Judge Karen L Hayes. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 03/20/2019) |
| 03/21/2019 |  | Attorney update in case as to Derrick Curry (1). Attorney Betty Lee Marak for Derrick Curry added. (crt,Leday, A) (Entered: 03/21/2019) |
| 03/27/2019 | 11 | ORAL MOTION for Rule 16 Discovery by Derrick Curry (1). (crt,Reeves, T) (Entered: 03/27/2019) |
| 03/27/2019 | 12 | ORAL MOTION for Reciprocal Discovery by USA as to Derrick Curry (1). (crt,Reeves, T) (Entered: 03/27/2019) |
| 03/27/2019 | 13 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1 held on 3/27/2019. PLEA ENTERED: Not Guilty on Count 1. Detention hearing waived at this time. ORAL ORDERS granting 11 Motion for Rule 16 Discovery and 12 Motion for Reciprocal Discovery as to Derrick Curry (1). Magistrate Judge Status |

| | | |
|---|---|---|
| | | Conference set for 4/10/2019 11:00 AM by phone before Magistrate Judge Karen L Hayes. Counsel for the Government to initiate the call. Defendant detained pending trial. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Reeves, T) (Entered: 03/27/2019) |
| 04/10/2019 | 14 | ORAL MOTION to Continue Trial Beyond Speedy Trial Act Deadlines by Derrick Curry (1). (crt,Bray, K) (Entered: 04/10/2019) |
| 04/10/2019 | 15 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: STATUS CONFERENCE as to Derrick Curry (1) held on 4/10/2019. Oral Order granting 14 Motion to Continue as to Derrick Curry (1). See image associated with Scheduling Order. (crt,Bray, K) (Entered: 04/10/2019) |
| 04/10/2019 | 16 | SCHEDULING ORDER as to Derrick Curry (1): Pretrial Conference set for 6/5/2019 10:30 AM in by phone before Magistrate Judge Karen L Hayes. Jury Trial set for 7/1/2019 09:00 AM before Judge Terry A Doughty. Motions due by 5/10/2019. Foreseeable Issues, Voir Dire and Pattern Jury Instructions due by 6/3/2019. Plea Agreement due by 6/5/2019. Signed by Magistrate Judge Karen L Hayes on 4/10/2019. (crt,Bray, K) (Entered: 04/10/2019) |
| 05/22/2019 | 17 | SUPERSEDING INDICTMENT as to Derrick Curry (1) count(s) 1s. (crt,AdamsSld, K) (Entered: 05/23/2019) |
| 05/22/2019 | 18 | SUPERSEDING INDICTMENT WITH SIGNATURE filed under seal as to Derrick Curry (1) (crt,AdamsSld, K) (Entered: 05/23/2019) |
| 05/22/2019 | 19 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,AdamsSld, K) (Entered: 05/23/2019) |
| 05/23/2019 | 21 | ELECTRONIC MINUTE ENTRY as to Derrick Curry (1). ( Arraignment set for 6/5/2019 at 9:45 AM in Monroe, 3rd floor before Magistrate Judge Karen L Hayes.) Signed by Magistrate Judge Karen L Hayes on 5/23/2019. (crt,Leday, A) (Entered: 05/23/2019) |
| 05/24/2019 | 22 | MOTION for Cytheria D. Jernigan to Enroll as Counsel by USA as to Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Text of proposed order)(Attorney Cytheria Jernigan added to party USA(pty:pla)) (aty,Jernigan, Cytheria) (Entered: 05/24/2019), (QC'ed on 05/24/2019, by Reeves , T) |
| 05/28/2019 | 23 | ORDER granting 22 Motion to Enroll Co-Counsel by USA as to Derrick Curry (1). Signed by Magistrate Judge Karen L Hayes on 5/28/2019. (crt,Bray, K) (Entered: 05/28/2019) |
| 05/30/2019 | 24 | ARREST WARRANT Returned Executed on 5/23/2019 as to Derrick Curry (1) and document filed under seal. (crt,Bray, K) (Entered: 05/31/2019) |
| 06/03/2019 | 25 | LIST OF FORESEEABLE ISSUES by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/03/2019 | 26 | |

| | | |
|---|---|---|
| | | PROPOSED JURY INSTRUCTIONS/VERDICT FORM by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/03/2019 | 27 | PROPOSED VOIR DIRE by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/03/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/04/2019 | 28 | LIST OF FORESEEABLE ISSUES as to Derrick Curry (1) (aty,Marak, Betty) (Entered: 06/04/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/04/2019 | 29 | PROPOSED JURY INSTRUCTIONS/VERDICT FORM by Derrick Curry (1) (aty,Marak, Betty) (Entered: 06/04/2019), (QC'ed on 06/04/2019, by Bray , K) |
| 06/05/2019 | 30 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) Modified text on 6/5/2019 (Bray, K). (Entered: 06/05/2019), (QC'ed on 06/05/2019, by Bray , K) |
| 06/05/2019 | 31 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) Modified text on 6/5/2019 (Bray, K). (Entered: 06/05/2019), (QC'ed on 06/05/2019, by Bray , K) |
| 06/05/2019 | 32 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: PRETRIAL CONFERENCE as to Derrick Curry (1) held on 6/5/2019. Jury Trial presently set for 7/1/2019 09:00 AM before Judge Terry A Doughty. See image for further deadlines. (crt,Bray, K) (Entered: 06/05/2019) |
| 06/05/2019 | 33 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1s held on 6/5/2019, PLEA ENTERED: Not Guilty on counts 1s. Jury Trial currently set for 7/1/2019 09:00 AM before Judge Terry A Doughty. Defendant detained pending trial. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 06/06/2019) |
| 06/07/2019 | 34 | MOTION in Limine by USA as to Derrick Curry (1). (Attachments: # 1 Proposed order)(aty,Cassidy, Jessica) (Entered: 06/07/2019), (QC'ed on 06/07/2019, by YocumSld , M) |
| 06/07/2019 | 35 | MINUTE ENTRY as to Derrick Curry (1): Responses to 34 MOTION in Limine due by 6/21/2019. Signed by Judge Terry A Doughty on 6/7/2019. (crt,Crawford, A) (Entered: 06/07/2019) |
| 06/14/2019 | 36 | NOTICE of Intent to Use Expert Witness by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/14/2019), (QC'ed on 06/14/2019, by Bray , K) |
| 06/17/2019 | 37 | MOTION to Suppress by Derrick Curry (1). Motions referred to Karen L Hayes.(aty,Marak, Betty) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/17/2019 | 38 | MOTION to Continue Trial Date and Related Deadlines by Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order) (aty,Marak, Betty) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray , K) |
| 06/17/2019 | 39 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition by USA as to Derrick Curry (1) re 37 MOTION to Suppress (aty,Cassidy, Jessica) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray, K) |
| 06/17/2019 | 40 | RESPONSE in Opposition by USA as to Derrick Curry (1) re 38 MOTION to Continue Trial Date and Related Deadlines (aty,Cassidy, Jessica) (Entered: 06/17/2019), (QC'ed on 06/18/2019, by Bray, K) |
| 06/17/2019 | | Motions Transferred as to Derrick Curry (1) regarding 38 MOTION to Continue Trial Date and Related Deadlines. Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 41 | ORDER denying as moot 37 Motion to Suppress as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 42 | MEMORANDUM RULING as to Derrick Curry (1) re 37 MOTION to Suppress filed by Derrick Curry. Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 43 | ORDER denying 38 Motion to Continue Trial as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/18/2019 | 44 | MEMORANDUM RULING as to Derrick Curry (1) re 38 MOTION to Continue Trial Date and Related Deadlines filed by Derrick Curry. Signed by Judge Terry A Doughty on 6/18/2019. (crt,Bray, K) (Entered: 06/18/2019) |
| 06/21/2019 | 45 | RESPONSE in Opposition by Derrick Curry (1) re 34 MOTION in Limine (aty,Marak, Betty) (Entered: 06/21/2019), (QC'ed on 06/21/2019, by YocumSld, M) |
| 06/21/2019 | 46 | WITNESS LIST filed under seal by USA as to Derrick Curry (1) (aty,Cassidy, Jessica) (Entered: 06/21/2019), (QC'ed on 06/24/2019, by YocumSld, M) |
| 06/24/2019 | 48 | MOTION to Dismiss *Superseding Indictment and Incorporated Memorandum* by Derrick Curry (1). (Attachments: # 1 Proposed order)(aty,Marak, Betty) (Entered: 06/24/2019), (QC'ed on 06/25/2019, by Bray, K) |
| 06/24/2019 | | Motions Transferred as to Derrick Curry (1) regarding 48 MOTION to Dismiss *Superseding Indictment and Incorporated Memorandum*. Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 06/25/2019) |
| 06/25/2019 | 49 | MEMORANDUM ORDER denying 34 Motion in Limine as to Derrick Curry (1). Signed by Judge Terry A Doughty on 6/25/2019. (crt,Crawford, A) (Entered: 06/25/2019) |
| 06/25/2019 | 50 | ORDER as to Derrick Curry (1): Jury Trial RESET for 8/7/2019 09:00 AM before Judge Terry A Doughty to allow the Court to consider the pending motion, Rec Doc 48 MOTION to Dismiss Superseding Indictment, as well as address the other pending criminal matters before it. The Court finds the ends of justice served outweigh the public's and Defendant's interest in a speedy trial. Signed by Judge Terry A Doughty on 6/25/2019. (crt,Bray, K) (Entered: 06/25/2019) |
| 06/26/2019 | 51 | |

| | | |
|---|---|---|
| | | SECOND SUPERSEDING INDICTMENT as to Derrick Curry (1) count(s) 1ss. (crt,Bray, K) (Entered: 06/27/2019) |
| 06/26/2019 | 52 | SECOND SUPERSEDING INDICTMENT WITH SIGNATURE filed under seal as to Derrick Curry (1) (crt,Bray, K) (Entered: 06/27/2019) |
| 06/26/2019 | 53 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: GRAND JURY REPORT as to Derrick Curry (1); Open Indictment. Warrant to issue. (Court Reporter: LCR, Shreveport - Courtroom 3) (crt,Bray, K) (Entered: 06/27/2019) |
| 06/28/2019 | 55 | ELECTRONIC MINUTE ENTRY as to Derrick Curry (1): Arraignment set for 7/1/2019 at 12:00 PM in Monroe, 3rd floor before Magistrate Judge Karen L Hayes. Signed by Magistrate Judge Karen L Hayes on 6/28/2019. (crt,Crawford, A) (Entered: 06/29/2019) |
| 07/01/2019 | 56 | MINUTES for proceedings held before Magistrate Judge Karen L Hayes: ARRAIGNMENT as to Derrick Curry (1) Count 1ss held on 7/1/2019, PLEA ENTERED: Not Guilty on counts 1ss. Jury Trial remains set for 8/7/2019 before Judge Terry A Doughty. (Court Reporter: LCR, Monroe - 3rd Floor) (crt,Bray, K) (Entered: 07/02/2019) |
| 07/01/2019 | 57 | ORDER denying as moot 48 Motion to Dismiss Superseding Indictment as to Derrick Curry (1). Signed by Judge Terry A Doughty on 7/1/2019. (crt,Bray, K) (Entered: 07/02/2019) |
| 08/05/2019 | 58 | NOTICE of Attorney Appearance: Ashley Renee Martin appearing for Derrick Curry (1) (Attorney Ashley Renee Martin added to party Derrick Curry (pty:dft)) (aty,Martin, Ashley) (Entered: 08/05/2019), (QC'ed on 08/05/2019, by Bray , K) |
| 08/07/2019 | 59 | MINUTES for proceedings held before Judge Terry A Doughty: CHANGE OF PLEA HEARING as to Derrick Curry (1) held on 8/7/2019. PLEA ENTERED: Guilty Count 1ss. Guilty plea accepted. Presentence investigation report ordered. Sentencing set for 11/7/2019 at 1:30 PM in Monroe, 2nd floor before Judge Terry A Doughty. Sentencing memoranda to be filed 7 days before sentencing with a courtesy copy forwarded to chambers. (Court Reporter: Debbie Lowery) (crt,YocumSld, M) (Entered: 08/07/2019) |
| 08/07/2019 | 60 | ORAL ORDER OF REFERRAL to Probation for Pre-Sentence Investigation and Report as to Derrick Curry (1) Signed by Judge Terry A Doughty on 8/7/2019. (crt,YocumSld, M) (Entered: 08/07/2019) |
| 08/07/2019 | 61 | PLEA AGREEMENT Accepted as to Derrick Curry (1). (Attachments: # 1 Affidavit of understanding, # 2 Factual basis for guilty plea, # 3 Elements of offense)(crt,YocumSld, M) (Entered: 08/07/2019) |
| 08/13/2019 | 63 | MOTION for Preliminary Forfeiture of Property by USA as to Derrick Curry (1). (Attachments: # 1 Text of proposed order)(aty,Cassidy, Jessica) (Entered: 08/13/2019), (QC'ed on 08/13/2019, by Bray , K) |
| 08/13/2019 | | Motions Transferred as to Derrick Curry (1) regarding 63 MOTION for Preliminary Forfeiture of Property. Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 08/13/2019) |

| | | |
|---|---|---|
| 08/14/2019 | 64 | PRELIMINARY ORDER OF FORFEITURE granting 63 Motion for Forfeiture of Property as to Derrick Curry (1). Signed by Judge Terry A Doughty on 8/14/2019. (crt,Bray, K) (Entered: 08/14/2019) |
| 10/22/2019 | 67 | MOTION for Final Forfeiture of Property by USA as to Derrick Curry (1). (Attachments: # 1 Exhibit, # 2 Text of proposed order)(aty,Cassidy, Jessica) (Entered: 10/22/2019), (QC'ed on 10/23/2019, by Bray , K) |
| 10/22/2019 | | Motions Transferred as to Derrick Curry (1) regarding 67 MOTION for Final Forfeiture of Property. Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 10/23/2019) |
| 10/23/2019 | 68 | FINAL JUDGMENT OF FORFEITURE granting 67 Motion for Forfeiture of Property as to Derrick Curry (1). Signed by Judge Terry A Doughty on 10/23/2019. (crt,Bray, K) (Entered: 10/23/2019) |
| 10/31/2019 | 69 | MOTION to Continue Sentencing by Derrick Curry (1). Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order, # 2 Exhibit Letter from USA to USPO)(aty,Marak, Betty) (Entered: 10/31/2019), (QC'ed on 10/31/2019, by Bray , K) |
| 10/31/2019 | | Motions Transferred as to Derrick Curry (1) regarding 69 MOTION to Continue Sentencing . Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 10/31/2019) |
| 11/04/2019 | 70 | ORDER granting 69 Motion to Continue Sentencing as to Derrick Curry (1). **The sentencing hearing is Converted to a Status Conference** to be held in chambers before Judge Terry A Doughty. Signed by Judge Terry A Doughty on 11/4/2019. (crt,Crawford, A) (Entered: 11/04/2019) |
| 11/07/2019 | 71 | MINUTES for proceedings held before Judge Terry A Doughty: STATUS/SCHEDULING CONFERENCE as to Derrick Curry (1) held on 11/7/2019. Sentencing reset for 3/4/2020 01:30 PM in Monroe, 2nd floor before Judge Terry A Doughty. (crt,Bray, K) (Entered: 11/08/2019) |
| 02/21/2020 | 72 | MINUTE ENTRY as to Derrick Curry (1): Counsel shall file memoranda by 2/28/2020, notifying the Court as to whether evidence will be offered and whether counsel anticipate calling witnesses. Signed by Judge Terry A Doughty on 2/21/2020. (crt,Crawford, A) (Entered: 02/21/2020) |
| 03/04/2020 | 76 | MINUTES for proceedings held before Judge Terry A Doughty: CHANGE OF PLEA HEARING/SENTENCING held on 3/4/2020 for Derrick Curry (1), Count(s) 1, Dismissed by Superseding Indictment filed 5/22/2019; Count(s) 1s, Dismissed by Second Superseding Indictment filed 6/26/2019; Count(s) 1ss, Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment. Defendant remanded to the custody of the U.S. Marshal. (Court Reporter: Debbie Lowery) (crt,Bray, K) (Entered: 03/05/2020) |
| 03/04/2020 | 77 | JUDGMENT as to Derrick Curry (1), Count(s) 1, Dismissed by Superseding Indictment filed 5/22/2019; Count(s) 1s, Dismissed by Second Superseding Indictment filed 6/26/2019; Count(s) 1ss, Defendant sentenced to 51 months imprisonment; 3 years supervised release; $100 special assessment. Signed by Judge Terry A Doughty on 3/4/2020. (crt,Bray, K) (Entered: 03/05/2020) |

| Date | Doc # | Description |
|---|---|---|
| 03/13/2020 | 79 | NOTICE OF APPEAL by Derrick Curry (1), pro se re 77 Judgment. FEE STATUS: NOT PAID (Attachments: # 1 Declaration, # 2 Envelope) (crt,WalkerSld, B) ADMINISTRATIVE ENTRY: NOA filed by court appointed counsel - see NOA Doc # 82 (WalkerSld, B). (Entered: 03/16/2020) |
| 03/16/2020 | 80 | FEE LETTER requesting payment of appeal filing fee to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment. (Attachments: # 1 Application to Proceed In Forma Pauperis)(crt,WalkerSld, B) (Entered: 03/16/2020) |
| 03/16/2020 | 81 | MOTION to Appoint Counsel by Derrick Curry (1). Motion Ripe Deadline set for 3/16/2020. Motions referred to Magistrate Judge Karen L Hayes. (Attachments: # 1 Envelope)(crt,WalkerSld, B) (Entered: 03/16/2020), (QC'ed on 03/16/2020, by WalkerSld, B) |
| 03/16/2020 | | NOTICE of Appeal Transcript Order Requirement regarding 79 Notice of Appeal - Final Judgment. Pursuant to FRAP 10(b), the Appellant must file the transcript order form regardless of whether transcripts are necessary. Access the 5th Circuit site by clicking here. Hover over the Forms Fees & Guides tab, Forms, Court Reporter Forms, Transcript Order Form.<br><br>In following the instructions on the form, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. (crt,WalkerSld, B) (Entered: 03/16/2020) |
| 03/17/2020 | 82 | NOTICE OF APPEAL by Derrick Curry (1) re 77 Judgment. (CJA appointment - Filing Fee not required) (aty,Marak, Betty) (Entered: 03/17/2020), (QC'ed on 03/17/2020, by WalkerSld, B) |
| 03/18/2020 | | USCA Case Number as to Derrick Curry (1) 20-30181 for 79 Notice of Appeal and 82 Notice of Appeal - Final Judgment filed by Derrick Curry. (crt,WalkerSld, B) (Entered: 03/18/2020) |
| 03/20/2020 | 83 | MOTION Styled as Motion to Correct and/or Reduce Sentence Requesting Credit for Time Served by Derrick Curry (1), pro se. Motion Ripe Deadline set for 3/20/2020. (Attachments: # 1 Envelope)(crt,Bray, K) (Entered: 03/20/2020), (QC'ed on 03/20/2020, by Bray, K) |
| 03/20/2020 | | Motions Transferred as to Derrick Curry (1) regarding 83 MOTION Styled as Motion to Correct and/or Reduce Sentence Requesting Credit for Time Served. Motions referred to Judge Terry A Doughty. (crt,Bray, K) (Entered: 03/20/2020) |
| 03/23/2020 | 84 | ORDER denying 83 Motion to Correct and/or Reduce Sentence as to Derrick Curry (1). Signed by Judge Terry A Doughty on 3/23/2020. (crt,Bray, K) (Entered: 03/23/2020) |
| 03/30/2020 | 85 | ORDER denying 81 Motion to Appoint Appellate Counsel as to Derrick Curry (1). Signed by Magistrate Judge Karen L Hayes on 3/30/2020. (crt,Bray, K) (Entered: 03/30/2020) |
| 04/24/2020 | 86 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Derrick Curry (1) for Guilty Plea held on 8/7/2019 before Judge Terry A Doughty, re 82 Notice of Appeal - Final Judgment. Court Reporter: Debbie Lowery, Telephone |

| | | |
|---|---|---|
| | | number (318)654-6489. Total pages: 32. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER or the Court Reporter. Redaction Request due 5/18/2020. Redacted Transcript Deadline set for 5/29/2020. Release of Transcript Restriction set for 7/27/2020. (crt,Lowery, D) (Entered: 04/24/2020), (QC'ed on 04/27/2020, by Whidden , C) |
| 04/24/2020 | 87 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Derrick Curry (1) for Guilty Plea and Sentencing held on 3/4/2020 before Judge Terry A Doughty, re 82 Notice of Appeal - Final Judgment. Court Reporter: Debbie Lowery, Telephone number (318)654-6489. Total pages: 24. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER or the Court Reporter. Redaction Request due 5/18/2020. Redacted Transcript Deadline set for 5/29/2020. Release of Transcript Restriction set for 7/27/2020. (crt,Lowery, D) (Entered: 04/24/2020), (QC'ed on 04/27/2020, by Whidden , C) |
| 04/27/2020 | | Set Deadlines as to Derrick Curry (1) re 82 Notice of Appeal - Final Judgment, 79 Notice of Appeal - Final Judgment: Certify Appeal Record (20-30181) by Clerk to COA 5/12/2020. (crt,WalkerSld, B) (Entered: 04/27/2020) |
| 05/12/2020 | | ELECTRONICALLY CERTIFIED Record on Appeal to US Court of Appeals as to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment, 82 Notice of Appeal - Final Judgment is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking here. (USCA #20-30181)<br><br>If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court.<br><br>After obtaining permission from COA for sealed/restricted filings, please request access via the District Courts CM/ECF system. (crt,WalkerSld, B) (Entered: 05/12/2020) |
| 06/09/2020 | 89 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal and 82 Notice of Appeal that unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Derrick Curry may obtain all ex parte documents filed on behalf of Derrick Curry, and all other non ex parte documents in the record. (crt,WalkerSld, B) (Entered: 06/09/2020) |
| 06/10/2020 | | REQUEST For Record on Appeal for Derrick Curry (1) re 82 Notice of Appeal - Final Judgment. Non-Electronic portion of appeal record requested. Sealed Pleadings requested as ordered by USCA. (aty,Marak, Betty) (Entered: 06/10/2020), (QC'ed on 06/10/2020, by WalkerSld , B) |
| 07/16/2020 | | REQUEST For Record on Appeal by USA as to Derrick Curry (1) re 82 Notice of Appeal - Final Judgment. Sealed Pleadings requested as ordered by USCA. |

| | | |
|---|---|---|
| | | (aty,Griffing, C) (Entered: 07/16/2020), (QC'ed on 07/16/2020, by WalkerSld, B) |
| 07/16/2020 | 90 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal - Final Judgment, 82 Notice of Appeal - Final Judgment that unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents filed on behalf of United States of America, and all other non ex parte documents in the record. (crt,WalkerSld, B) (Entered: 07/16/2020) |
| 12/11/2020 | 91 | MEMORANDUM ORDER of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal and 82 Notice of Appeal that the motion of the Federal Public Defender to withdraw as counsel is GRANTED. (crt,WalkerSld, B) (Entered: 12/11/2020) |
| 12/31/2020 | 92 | JUDGMENT/MANDATE of USCA (certified copy) as to Derrick Curry (1) re 79 Notice of Appeal, 82 Notice of Appeal that the judgment of the District Court is AFFIRMED. (USCA #20-30181) (crt,WalkerSld, B) (Entered: 12/31/2020) |
| 08/24/2021 | 93 | MOTION for Compassionate Release and/or MOTION to Reduce Sentence by Derrick Curry (1), pro se. Motion Ripe Deadline set for 8/24/2021. (Attachments: # 1 Proposed order, # 2 Envelope) (crt,YocumSld, M) (Entered: 08/26/2021), (QC'ed on 08/26/2021, by YocumSld, M) |
| 08/24/2021 | 94 | MOTION to Appoint Counsel by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes. Motion Ripe Deadline set for 8/24/2021. (Attachments: # 1 Proposed order, # 2 Envelope) (crt,YocumSld, M) (Entered: 08/26/2021), (QC'ed on 08/26/2021, by YocumSld, M) |
| 08/24/2021 | | Motions Transferred as to Derrick Curry (1) regarding 94 MOTION to Appoint Counsel. Motions referred to Judge Terry A Doughty. (crt,YocumSld, M) (Entered: 08/26/2021) |
| 08/26/2021 | 95 | STANDARD PROCEDURAL ORDER as to Derrick Curry (1) re 93 MOTION for Compassionate Release and/or MOTION to Reduce Sentence filed by Derrick Curry. Signed by Chief Judge S Maurice Hicks, Jr. (crt,YocumSld, M) (Entered: 08/26/2021) |
| 08/27/2021 | 96 | ORDER denying 94 Motion to Appoint Counsel as to Derrick Curry (1). Signed by Judge Terry A Doughty on 8/27/2021. (crt,YocumSld, M) (Entered: 08/27/2021) |
| 09/03/2021 | 97 | RESPONSE in Opposition by USA as to Derrick Curry (1) re 93 MOTION for Compassionate Release MOTION to Reduce Sentence (Attachments: # 1 Exhibit, # 2 Exhibit)(aty,Cassidy, Jessica) (Entered: 09/03/2021), (QC'ed on 09/03/2021, by Adams, K) |
| 09/07/2021 | 98 | MEMORANDUM ORDER denying 93 Motion for Compassionate Release and/or Motion to Reduce Sentence as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/7/2021. (crt,Adams, K) (Entered: 09/07/2021) |
| 09/09/2021 | 99 | MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes |

| | | |
|---|---|---|
| | | (DEACTIVATED2). Motion Ripe Deadline set for 9/9/2021. (Attachments: # 1 Envelope)(crt,Adams, K) (Entered: 09/10/2021), (QC'ed on 09/10/2021, by Adams , K) |
| 09/09/2021 | | Motions Transferred as to Derrick Curry (1) regarding 99 MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry. Motions referred to Judge Terry A Doughty. (crt,Adams, K) (Entered: 09/10/2021) |
| 09/10/2021 | 100 | MEMORANDUM ORDER denying 99 Motion for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/10/2021. (crt,Adams, K) (Entered: 09/10/2021) |
| 09/22/2021 | 101 | REQUEST by Derrick Curry (1) for two copies of a 2254 form, two copies of a 2255 form and two copies of an IFP form. Clerk mailed two copies of a 2254 form, two copies of a 2255 form and two copies of an IFP form on 9/22/21. (Public entry, but no electronic notice.) (Attachments: # 1 2255 copy work request, # 2 Envelope) (crt,Miletello, A) (Entered: 09/22/2021) |
| 09/22/2021 | 102 | MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry (1), pro se. Motions referred to Magistrate Judge Karen L Hayes. Motion Ripe Deadline set for 9/22/2021. (Attachments: # 1 Envelope) (crt,Adams, K) (Entered: 09/22/2021), (QC'ed on 09/22/2021, by Adams , K) |
| 09/22/2021 | | Motions Transferred as to Derrick Curry (1) regarding 102 MOTION for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry. Motions referred to Judge Terry A Doughty. (crt,Adams, K) (Entered: 09/22/2021) |
| 09/23/2021 | 103 | ORDER denying 102 Motion for Reconsideration re 94 MOTION to Appoint Counsel filed by Derrick Curry as to Derrick Curry (1). Signed by Judge Terry A Doughty on 9/23/2021. (crt,Adams, K) (Entered: 09/23/2021) |
| 09/23/2021 | 104 | NOTICE OF APPEAL by Derrick Curry (1) re 98 Order on Motion for Compassionate Release, Order on Motion to Reduce Sentence. (Attachments: # 1 Cover Letter, # 2 Envelope)(crt,WalkerSld, B) (Entered: 09/24/2021) |
| 09/24/2021 | 105 | FEE LETTER requesting payment of appeal filing fee to Derrick Curry (1) re 104 Notice of Appeal. (Attachments: # 1 Application to Proceed In Forma Pauperis)(crt,WalkerSld, B) (Entered: 09/24/2021) |

<div align="center">

**U.S. District Court**

**Western District of Louisiana**

</div>

**Notice of Electronic Filing**

The following transaction was entered on 9/24/2021 at 9:02 AM CDT and filed on 9/24/2021

| | |
|---|---|
| **Case Name:** | USA v. Curry |
| **Case Number:** | 3:19-cr-00070-TAD-KLH |
| **Filer:** | |
| **Document Number:** | 106 |

**Docket Text:**
NOTICE of Appeal Transcript Order Requirement regarding [104] Notice of Appeal. Pursuant to FRAP 10(b), the Appellant must file the transcript order form regardless of whether transcripts are necessary. In following the instructions on the form attached to this entry, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. The following is the contact information for the court reporter(s) in this case: Debbie Lowery, P O Box 467, Monroe, LA 71210 (Attachments: # (1) Docket Sheet)(crt,WalkerSld, B)