UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 19-0070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY** | **MAGISTRATE JUDGE HAYES** |

**MEMORANDUM ORDER**

Pending before the Court is a Motion to Correct and/or Amend Sentence [Doc. No. 114] filed by Defendant Derrick Curry, *pro se*. Curry moves the Court to correct or amend his sentence to provide that it is to run concurrently with the 537 days which he allegedly spent in custody prior to his sentencing by this Court on March 4, 2020.

At sentencing, this Court imposed a sentence of 51 months imprisonment to run concurrently with any sentence to be imposed on Curry's parole violation in Case No. 51,301, then pending in Richland Parish, Louisiana. Curry asserts that his parole was revoked immediately when he was sentenced by this Court, that he was released on parole on April 22, 2021, and that he was then taken into custody by U.S. Marshalls to begin serving the sentence imposed by this Court. [Doc. No. 114, p.4.].

Curry does not dispute that as directed by the Court, the Bureau of Prisons ("BOP") has given him credit on the sentence imposed by this Court for the time between his sentencing on March 4, 2020, and April 22, 2021 when he was released on parole and taken into custody by U.S. Marshalls. Rather, Curry's contention is that the BOP should have given him credit for the 537 days he alleged spent in custody prior to his sentencing on March 4, 2020.

The Court finds that the BOP has correctly calculated Curry's sentence. It was the Court's intention that Curry's 51-month sentence run concurrently with any sentence to be imposed on

Curry's parole violation. The BOP has done that by giving him credit for the time between March 4, 2020 and April 22, 2021. Accordingly,

**IT IS ORDERED** that the motion [Doc. No. 114] is **DENIED**.

MONROE, LOUISIANA, this 14th day of December 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA