UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

**MEMORANDUM ORDER**

Pending here is Defendant Derrick Curry's *pro se* Motion for Court's Non-Binding Recommendation to the Bureau of Prisons that Defendant be Given a Retroactive Designation of the State Facility-Ouachita Correctional Center-as the Place of Imprisonment for His Federal Sentence [Doc. No. 118]. On December 14, 2021, the Court denied Defendant's Motion to Correct and/or Amend Sentence in which Defendant requested his sentence be corrected or amended to provide that it is to run concurrently with the 537 days which he allegedly spent in custody prior to his sentencing by this Court on March 4, 2020 [Doc. No. 115]. In denying his motion, the Court stated that the Bureau of Prisons ("BOP") had correctly calculated Defendant's sentence as the Court intended [Id.].

In the pending motion, Defendant requests that the Court issue a "non-binding recommendation" to the BOP that Defendant be given a "retroactive designation" to allow him to be given credit for the same 537 days that was the subject of the prior motion.

As the Court indicated in the earlier ruling, the BOP has correctly calculated Defendant's sentence as the Court intended. Therefore, to the extent Defendant is requesting the Court to reconsider its prior ruling, his Motion is **DENIED**. Additionally, to the extent Defendant is requesting that the Court issue a recommendation that he be given a "retroactive designation," Defendant's motion is **DENIED**. The Court finds no reason to exercise its discretion to grant a

motion that could result in Defendant's sentence being corrected, amended, or reduced. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Court's Non-Binding Recommendation to the Bureau of Prisons that Defendant be Given a Retroactive Designation of the State Facility-Ouachita Correctional Center-as the Place of Imprisonment for His Federal Sentence [Doc. No. 118] is **DENIED**.

MONROE, LOUISIANA, this 26th day of January 2022.

_____
Terry A. Doughty
United States District Judge